IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1  AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHERRIE L. FULGHUM,

    Plaintiff,

v.                              No. 04-2340 B

FEDEX CORPORATION,

    Defendant.

## ORDER DIRECTING CLERK TO REMOVE MOTION FROM PENDING STATUS

Pending on the Court's docket is the motion of the Plaintiff, Cherrie L. Fulghum, to continue the scheduling conference originally set for September 8, 2004 (Doc. No. 3). As the scheduling conference was reset and has been conducted, the Clerk of Court is directed to remove the motion from pending status.

IT IS SO ORDERED this 1st day of ~~July~~ August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02340 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable J. Breen
US DISTRICT COURT