IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨⟩ D.C.

05 OCT -4  AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHERRIE L. FULGHUM,

    Plaintiff,

v.                           No. 04-2340 B

FEDERAL EXPRESS CORP.,

    Defendant.

## ORDER TO SHOW CAUSE WHY MOTION OF DEFENDANT FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

This lawsuit was brought by the Plaintiff, Cherrie L. Fulghum, who is represented by counsel, on May 10, 2004. On August 29, 2005, the Defendant, Federal Express Corp., moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. To date, no response has been filed on behalf of the Plaintiff, even though the deadline for such response under the Local Rules of this district has passed. See LR7.2(a)(2) (responses to Rule 56 motions must be filed within 30 days of service of the motion).

Accordingly, as it appears to the Court that the Plaintiff has chosen not to pursue her claim, she is ORDERED, within fifteen (15) days of the entry hereof, to show cause why the motion for summary judgment should not be granted. Failure of the Plaintiff to respond in a timely manner to this order may result in the granting of the motion.

IT IS SO ORDERED this 4th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02340 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable J. Breen
US DISTRICT COURT