UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 AM 8: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHERRIE L. FULGHUM,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04cv2340-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment And Dismissing Case entered on November 2, 2005, this cause is hereby dismissed with prejudice and judgment is entered in favor of the Defendant, Federal Express Corporation and against the Plaintiff, Cherrie L. Fulghum.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/8/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

(27)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02340 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable J. Breen
US DISTRICT COURT